FORMAN HOLT & ELIADES LLC
218 Route 17 North
Rochelle Park, NJ 07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 11 Trustee for the Estate of
Cutrupi & Company, Inc., Debtor
Joseph M. Cerra (JMC-0903)
William L. Waldman (WLW-1452)

RECEIVED
WILLIAM T. WALSH, CLERK

2005 MAY 11  P 12: 21

UNITED STATES
DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES M. FORMAN, Chapter 11 Trustee For The Estate Of Cutrupi & Company, Inc, Debtor,<br><br>Plaintiff,<br><br>v.<br><br>CIVETTA-COUSINS JV, L.L.C.,<br><br>Defendant. | Docket No. 03cv5449 (JAP) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The matter in difference in the above entitled action having been amicably adjusted by and between Charles M. Forman, Chapter 11 Trustee For The Estate of Cutrupi & Company, Inc., Debtor and Civetta-Cousins JV, LLC, it is hereby stipulated and agreed that the same be and it is hereby dismissed with Prejudice.

FORMAN HOLT & ELIADES LLP                WELBY, BRADY & GREENBLATT, LLP

BY: /S/ WILLIAM L. WALDMAN                BY: /S/ PAUL G. RYAN
   WILLIAM L. WALDMAN (WLW-1452)            PAUL G. RYAN, ESQ.
   Attorney for Plaintiff                   Attorney for Defendant

DATED: April 19, 2005
M:\CMF\CUTRUPI\CIVETTA\Dismissal.doc

So Ordered
[signature] 5/11/05